# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BUFFALO COUNTY SCHOOL DISTRICT 10-0069, commonly known as RAVENNA PUBLIC SCHOOLS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**WILSON GROUP INC., d/b/a THE WILSON GROUP,**<br><br>**Defendant.** | 8:19CV358<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for Determination of Place of Trial (Filing No. 10). Plaintiff requests that the place of trial be moved from Omaha to Lincoln, Nebraska. Defendant did not file any opposition to the motion in the time provided by the Court's local rules, and therefore the Court considers the matter ripe for disposition. See NECivR 7.1(b)(1)(B).

In deciding the place of trial, "a judge considers the convenience of the litigants, witnesses, and attorneys." NECivR 40.1(b)(1). After reviewing the materials submitted by the moving Plaintiff (Filing No. 11), and with due consideration of all factors pursuant to NECivR 40.1(b)(2), the Court finds that the place of trial should be moved to Lincoln, Nebraska. Accordingly,

**IT IS ORDERED:** Plaintiff's Motion for Determination of Place of Trial (Filing No. 10) is granted. The Clerk of Court shall amend the docket sheet to reflect the place of trial is Lincoln, Nebraska.

Dated this 18th day of September, 2019.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge